**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| BRICKLAYERS & TROWEL TRADES | : | |
| INTERNATIONAL PENSION FUND, | : | |
| | : | |
| Plaintiff, | : | Case No.: 1:20-cv-01659(RC) |
| | : | |
| v. | : | |
| | : | |
| LADI CONSTRUCTION INC., | : | |
| | : | |
| Defendant. | : | |

**JOINT STATUS REPORT**

The Plaintiff, Bricklayers & Trowel Trades International Pension Fund ("IPF"), and the

Defendant, Ladi Construction Inc. ("Ladi Construction"), by and through their respective

undersigned counsel, hereby provide the Court with this Joint Status Report pursuant to the Minute

Order issued by the Court on May 3, 2021.

1.      The Plaintiff initiated this action on June 22, 2020, pursuant to ERISA, 29 U.S.C.

§§ 1132 and 1145 to, *inter alia*, collect unpaid fringe benefit contributions and attendant damages

owed by the Defendant in an unknown amount due to the Defendant's failure to submit certain

remittance reports detailing the amounts owed under the terms of collective bargaining

agreements, as well as for outstanding liquidated damages owed for late-paid contributions. (ECF

No. 1).

2.      The Defendant filed an Answer to the Complaint on October 20, 2020, generally

denying liability and raising certain affirmative defenses. (ECF No. 8).

3.      Through their respective counsel, the parties have engaged in extensive, good faith

settlement negotiations to resolve this matter.

4.      The negotiations have involved the Defendant submitting various remittance reports and related documents and data to establish the number of hours worked by its employees under the collective bargaining agreements, the corresponding contributions owed for the same, and various payments of both outstanding contributions and certain attendant damages.

5.      To date, the Defendant has submitted all outstanding remittance reports and paid all reported outstanding contributions. The parties negotiated a resolution of a remaining portion of attendant damages owed pursuant to ERISA, 29 U.S.C. §§ 1132 and 1145, and to that end have filed a Stipulation of Dismissal and Proposed Order with the Court. (ECF No. 14).

WHEREFORE, for the foregoing reasons, the parties respectfully request that the Court enter the Proposed Order filed with the Stipulation of Dismissal negotiated by the parties and close this case.

Respectfully submitted,

Dated: May 19, 2021          By:     /s/ Charles W. Gilligan
                                      Charles W. Gilligan
                                      O'DONOGHUE & O'DONOGHUE LLP
                                      5301 Wisconsin Avenue, N.W., Suite 800
                                      Washington, D.C.  20015
                                      (202) 362-0041 – Telephone
                                      (202) 237-1200 – Facsimile
                                      cgilligan@odonoghuelaw.com
                                      *Attorney for Plaintiff*

                             By:     /s/ Ira Evan Dorfman
                                      Ira Evan Dorfman (pro hac vice)
                                      STEVEN A. BERKOWITZ &
                                      ASSOCIATES, PC
                                      10000 Lincoln Drive East, Suite 202
                                      Marlton, New Jersey 08053
                                      (856) 350-6060 – Telephone
                                      idorfman@contractorlawoffices.com

/s/ David Ludwig
DUNLAP BENNETT & LUDWIG, PLLC
1717 Pennsylvania Ave, N.W., Suite 1025
Washington, D.C. 20006
(202) 316-8558 – Telephone
(202) 318-0242 – Facsimile
dludwig@dbllawyers.com
*Attorneys for Defendant*