UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRICKLAYERS & TROWEL TRADES
INTERNATIONAL PENSION FUND,

      Plaintiff,

v.

LADI CONSTRUCTION INC.,

      Defendant.

Case No.: 1:20-cv-01659(RC)

## ORDER OF DISMISSAL

Upon consideration of the Stipulation for Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the applicable law, it is this 20th day of May, 2021, by the United States District Court for the District of Columbia, hereby

ORDERED:

1)     that all claims in this action against the Defendant be, and the same hereby are, dismissed without prejudice, and

2)     that the Clerk of Court close this case.

*Rudolph Contreras*
Rudolph Contreras
United States District Judge